**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MKHITAR MARTIROSYAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-764-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On April 1, 2026, the Court granted in part

Martirosyan's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide

him with a bond hearing before an IJ, at which the Government was to bear the burden of

justifying, by clear and convincing evidence of dangerousness or flight risk, his continued

detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 1,

2026, Order 3, ECF No. 6.  Respondents have now informed the Court that an IJ granted

Martirosyan a $3,500 bond.  Advisory, ECF No. 7.

It appears that the only remaining matter to be resolved in this case is Martirosyan's

request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA").  *See* Pet.

22, ECF No. 1; *see generally* Apr. 1, 2026, Order.  However, successful immigration habeas

petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785

(5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.  To the extent Martirosyan wishes to seek

additional relief from the Court, he may file a motion to reopen.

2

**SO ORDERED**.

**SIGNED this 13th day of April, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE